929

No. 492.   BROWN LAND & ROYALTY CO., INC. v. PICK-
ETT ET AL.   Supreme Court of Louisiana.   Certiorari
denied.  *Frank J. Looney* for petitioner.  *Richard C.
Cadwallader* for Pickett et al. respondents.

No. 493.   MEYER ET AL. v. UNITED STATES.   Court of
Claims.   Certiorari denied.  *Homer Cummings, Albert
L. Reeves, Jr.* and *William D. Donnelly* for petitioners.
*Solicitor General Sobeloff, Assistant Attorney General
Holland, Ellis N. Slack* and *Melva M. Graney* for the
United States.

No. 496.   GUYER v. ELGER, ADMINISTRATRIX.   C. A.
8th Cir.   Certiorari denied.  *Harry E. Wilmarth* for peti-
tioner.  *E. Marshall Thomas* for respondent.

No. 510.   WILSON, EXECUTOR, ET AL. v. SIMLER.   C. A.
10th Cir.   Certiorari denied.  *Porter R. Chandler, Fred.
E. Suits* and *John B. Dudley* for petitioners.  *Leslie L.
Conner* and *Charles W. Conner* for respondent.

No. 83, Misc.   TAYLOR v. ILLINOIS.   Supreme Court of
Illinois.   Certiorari denied.   Petitioner *pro se.*  *Latham
Castle,* Attorney General of Illinois, for respondent.

No. 331, Misc.   FELDON v. KING, SUPERINTENDENT,
CALIFORNIA MEDICAL FACILITY.   C. A. 9th Cir.   Certio-
rari denied.

No. 334, Misc.   CUMBERLAND v. WARDEN, MARYLAND
PENITENTIARY.   Court of Appeals of Maryland.   Cer-
tiorari denied.